**EXHIBIT A**

IN THE DISTRICT COURT OF LE FLORE COUNTY
STATE OF OKLAHOMA

PAMELA SMITH and MIGUEL ESPARZA, )
as parents and next kin of ANTONIO )
ESPARZA, deceased, )
)
    Plaintiff(s), )
) Case No. CJ-17-45
v. )
)
BLAKE TRUCKING, L.L.C., a )
Domestic Limited Liability Company. )
)
    Defendant(s). )

## SUMMONS

To the above-named Defendant:

    Blake Trucking, LLC
    Highway 59 North
    Howe, OK 74940

    You have been sued by the above named Plaintiff and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answers must be delivered or mailed to the attorney for the Plaintiff.

    Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this __27__ day of __Feb__, 20__17__.

_____, COURT CLERK

By: _____
    Deputy Court Clerk

(SEAL)

Attorneys for Plaintiff:
Noble K. McIntyre, OBA No. 16359
Jeremy A. Thurman, OBA No. 19586
Jordan Southerland, OBA No. 31233
8601 S. Western Ave
Oklahoma City, OK 73139
(405) 917-5250 Telephone
(405) 917-5405 Facsimile

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME STATED IN THE SUMMONS.

IN THE DISTRICT COURT OF LE FLORE COUNTY
STATE OF OKLAHOMA

FEB 27 2017

MELBA L. HAIL COURT CLERK
STATE OF OKLA.-LEFLORE COUNTY

PAMELA SMITH and MIGUEL ESPARZA, )
as parents and next kin of ANTONIO )
ESPARZA, deceased, )
)
    Plaintiff(s), )
) Case No. CJ-17-45
v. )
)
BLAKE TRUCKING, L.L.C., a )
Domestic Limited Liability Company. )
)
    Defendant(s). )

## PETITION

COME NOW Plaintiffs, Pamela Smith and Miguel Esparza, as parents and next kin of Antonio Esparza, deceased, and file their Petition, and show unto the Court as follows:

1. Antonio Esparza, deceased, was a citizen of Natchitoches Parish, Louisiana.

2. Pamela Smith is the mother and next kin of Antonio Esparza, deceased, and resides in Natchitoches Parish, Louisiana.

3. Miguel Esparza is the father and next kin of Antonio Esparza, deceased, and resides in Natchitoches Parish, Louisiana.

4. Upon information and belief, Defendant Blake Trucking, L.L.C, is a limited liability company organized in the State of Oklahoma and transacting business in the State of Oklahoma on the date at issue.

5. Venue is proper in Le Flore County on Defendant Blake Trucking, L.L.C., because service of summons upon Defendant Blake Trucking, L.L.C., may be obtained in Le Flore County as its registered service agent is located in Le Flore County, Oklahoma.

6. On or about September 24, 2015, Antonio Esparza was working during rig up activities on NorAm Drilling Rig #27.

7. During the rig up activities a crane operator and swamper employed by Defendant Blake Trucking, L.L.C., negligently caused an A-Leg to crash killing Antonio Esparza.

8. Defendant Blake Trucking, L.L.C., is vicariously liable for the negligence of its employees by virtue of *respondeat superior*.

9. Defendant Blake Trucking, L.L.C., and its employees failed to exercise ordinary care to avoid injury to Antonio Esparza.

10. The foregoing acts and/or omissions of the Defendant, was the direct and proximate cause of the injuries and wrongful death sustained by Antonio Esparza, and to the surviving beneficiaries entitled to recovery under Oklahoma's Wrongful Death Statute. These damages include all allowable damages permitted under the law.

11. Defendant Blake Trucking, L.L.C.'s actions individually and/or vicariously constitute gross negligence.

12. Defendant Blake Trucking, L.L.C.'s actions constitute malice and/or gross negligence and/or reckless indifference for the injurious consequences, which entitles Plaintiffs to recover for both actual and punitive damages for the reckless disregard of the rights of Antonio Esparza.

13. Because Defendant Blake Trucking, L.L.C., either individually or vicariously was engaged in grossly negligent, intentional, reckless and/or malicious conduct toward Antonio Esparza, Plaintiffs are entitled to an award of exemplary and punitive damages against Defendant pursuant to 23 Okla. St. § 9.1.

Respectfully submitted,

*[signature]*

Noble McIntyre, OBA #16359
Jeremy Thurman, OBA # 19586
MCINTYRE LAW, P.C.
8601 S. Western Ave
Oklahoma City, Oklahoma 73139
T: (405) 917-5250
F: (405) 917-5405

**ATTORNEYS FOR PLAINTIFF**

**ATTORNEYS LIEN CLAIMED**